MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
*Attorneys for Defendants
and Nominal Defendants*

ROBERT C. MOEST
RMoest@aol.com
2530 Welshir Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
*Co-Lead Counsel for Plaintiffs*

FRANCIS J. "CASEY" FLYNN, JR., (SBN 304712)
casey@lawofficeflynn.com
LAW OFFICE OF FRANCIS J. FLYNN, JR.
6057 Metropolitan Plz.
Los Angeles, California 90036
Telephone: 314-662-2836
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN ~~FRANCISCO~~ DIVISION
JOSE

| | |
|---|---|
| IN RE VISA INC. STOCKHOLDER DERIVATIVE LITIGATION | CONSOLIDATED Case No. 3:25-cv-01052-NW **STIPULATION AND [~~PROPOSED~~] ORDER (1) REGARDING SERVICE AND (2) STAYING THE ACTION PENDING RESOLUTION OF RELATED SECURITIES CLASS ACTION** |

STIPULATION AND [~~PROPOSED~~] ORDER                    CASE NO. 3:25-CV-01052-NW

Plaintiffs Manh Ho, Al Testani, and Chamandeep Kaur together with Defendants Ryan McInerney, Chris Suh, Peter Andreski, Lloyd A. Carney, Mary B. Cranston, Kermit R. Crawford, Francisco Javier Fernández-Carbajal, Alfred F. Kelly, Jr., Ramon Laguarta, Teri L. List, John F. Lundgren, Robert W. Matschullat, Denise M. Morrison, Pamela Murphy, Linda J. Rendle, Maynard G. Webb Jr. ("Individual Defendants"), and Nominal Defendant Visa Inc. ("Visa" or the "Company") (collectively, the "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, this is a consolidated derivative action (the "Derivative Action") in which Plaintiffs assert claims on behalf of nominal defendant Visa for alleged violations of Sections 10(b), 14(a) and 20(a) and Rules 10b-5 and 14a-9 of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duties, unjust enrichment, gross mismanagement, waste of corporate assets, aiding and abetting, insider trading and contribution under sections 10(b) and 21D of the Exchange Act;

WHEREAS, the Derivative Action alleges claims related to the claims asserted in a putative securities class action lawsuit pending in this District, captioned *Cai v. Visa Inc., et al.*, No. 5:24-cv-08220-NW (N.D. Cal.) (the "Securities Class Action");

WHEREAS, in the interests of judicial economy and conserving the resources of the Parties and the Court, the Parties to this Derivative Action agree that the Court should stay the Derivative Action until the resolution of the anticipated motion to dismiss in the Securities Class Action, as well as any subsequent motion to dismiss any further amended complaint in the Securities Class Action; and

WHEREAS, the Parties have agreed that during the pendency of the stay of the Derivative Action, Defendants shall not be required to file motions to dismiss, answer, or otherwise respond to the Complaint or any amended complaint in the Derivative Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil Rule 7-12, by and between the undersigned counsel for the parties, subject to the Court's approval, as follows:

1.     The Derivative Action shall be stayed until the resolution of the motion to dismiss in the Securities Class Action, as well as any subsequent motion to dismiss any further amended complaint in

2

the Securities Class Action.

2.      Following the resolution of all motions to dismiss in the Securities Class Action, the Parties shall meet and confer and submit a proposed schedule within ten (10) business days.

3.      Defendants shall promptly, and in all events within ten (10) days, notify Plaintiff if any other related derivative lawsuit is filed in this Court or another court ("Related Derivative Action") or if Defendants receive any threatened derivative actions that relate to the allegations and claims asserted in this action (including Section 220 demands and litigation demands).

4.      Any conferences currently scheduled shall be postponed until after the stay of the proceedings is lifted.

5.      Defendants shall promptly, and in all events within ten (10) days, notify Plaintiff if any Related Derivative Action is not stayed for the same duration, or a longer duration, as the stay of the Derivative Action.

6.      If any Related Derivative Action not consolidated with the Derivative Action is not stayed for the same duration, or a longer duration, as the stay of the Derivative Action, Plaintiff may move to lift the agreed stay upon five (5) days' written notice via email to the undersigned counsel of Defendants and Visa. In the event that the stay is lifted pursuant to this paragraph, Visa and Defendants reserve the right to seek a further stay of proceedings, except not on the grounds that a Related Derivative Action should proceed before the Derivative Action, and Plaintiff may oppose such application for a further stay.

7.      If, during the stay, the parties in the Securities Class Action choose to pursue mediation, Defendants shall provide Plaintiff with reasonable advance notice of such mediation, and either invite Plaintiff to participate in that mediation or agree to participate in a reasonably concurrent mediation with Plaintiff. If, during the stay, Defendants choose to pursue mediation with the plaintiff in any Related Derivative Action, Defendants shall invite Plaintiff to participate in that mediation.

8.      During the stay, Plaintiff may file an amended complaint, but Defendants shall not be required to respond to any such amended complaint until a date the Court so orders after the stay of proceedings is lifted and the Parties have filed with the Court a proposed scheduling order governing further proceedings per paragraph 3.

STIPULATION AND [PROPOSED] ORDER                          CASE NO. 3:25-CV-01052-NW

9.  During the stay, Defendants shall promptly produce to Plaintiff any documents that Visa produces in any Related Derivative Actions (including to a shareholder who makes a Section 220 books and records demand that relates to the allegations and claims asserted in this action), subject to a reasonable confidentiality agreement or protective order that permits Plaintiff to use the discovery in Plaintiff's case.

10.  This Stipulation is without prejudice to any and all defenses Defendants may assert in the Derivative Action, including but not limited to any jurisdictional or venue challenges, and without prejudice to any and all claims Plaintiff may assert in the Derivative Action.

DATED: July 21, 2025          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Mark R.S. Foster*
Mark R.S. Foster
*Attorneys for Defendants and Nominal Defendant*

DATED: July 21, 2025          THE BROWN LAW FIRM

*/s/ Robert C. Moest*
ROBERT C. MOEST
*Co-Lead Counsel for Plaintiffs*

DATED: July 21, 2025          ROWLEY LAW PLC

*/s/ Danielle Rowland Lindahl*
Danielle Rowland Lindahl
*Co-Lead Counsel for Plaintiffs*

DATED: July 21, 2025          LAW OFFICE OF FRANCIS J. FLYNN, JR.

*/s/ Francis J."Casey" Flynn, Jr.*
Francis J. "Casey" Flynn, Jr.
*Attorney for Plaintiffs*

///

///

///

///

4

STIPULATION AND [~~PROPOSED~~] ORDER                    CASE NO. 3:25-CV-01052-NW

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Mark R.S. Foster, attest pursuant to Civil Local Rule 5-1(i)(3) that each of the other signatories to this Stipulation and [Proposed] Order (1) Regarding Service and (2) Staying The Action Pending Resolution of Related Securities Class Action have concurred in the filing of the document.

Dated: July 21, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Mark R.S. Foster_____
Mark R.S. Foster

STIPULATION AND [PROPOSED] ORDER                                      CASE No. 3:25-CV-01052-NW

# [PROPOSED] ORDER

Pursuant to the above stipulation, it is SO ORDERED.

Dated: _____July 23_____, 2025        _____
                                           HON. NOËL WISE
                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                    CASE NO. 3:25-CV-01052-NW